UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERALD P. CARVALHO, as Parent and Natural Guardian of GARRICK P. CARVALHO, and KENNETH W. HOSKIN, as Parent and Natural Guardian of KEVIN W. HOSKIN

CA 06 71

VS.

C.A. No. 06-0902

DAVID D. COSTA, in his capacity as CHIEF, CITY OF PROVIDENCE FIRE DEPARTMENT, and PROVIDENCE FIRE DEPARTMENT

**NOTICE OF FILING OF STATE COURT RECORD**

Now come the Defendants, David D. Costa, in his capacity as Chief, City of Providence Fire Department, and Providence Fire Department, and give notice that they are filing herewith certified copies of all records and proceedings, including docket entries, from the matter of "Gerald P. Carvalho, as Parent and Natural Guardian of Garrick P. Carvalho and Kenneth W. Hoskin, as Parent and Natural Guardian of Kevin W. Hoskin v. David D. Costa, in his capacity as Chief, City of Providence Fire Department, and Providence Fire Department, " Providence Superior Court Civil Action No. 06-0902. This is being done in compliance with Local Rule 36(b).

DEFENDANTS,
By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 15th day of February, 2006, I caused a true copy of the foregoing Notice of Filing of State Court Record to be served upon the following listed attorney(s) by ☐ faxing a copy of same, ☐ mailing a copy of same, ☐ hand-delivering a copy of same.

Paul V. Gallogly, Esq.
33 College Hill Road, Suite 20D
Warwick, RI 02886

____________________________