FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**PROVIDENCE, SC.**

**GERALD P. CARVALHO, as Parent and Natural Guardian of GARRICK P. CARVALHO, And KENNETH W. HOSKIN, as Parent and Natural Guardian of KEVIN W. HOSKIN**
**Plaintiffs**

CA 06 71

**vs.** C. A. NO. 06-902

**DAVID D. COSTA, in his capacity as CHIEF, CITY OF PROVIDENCE FIRE DEPARTMENT, And PROVIDENCE FIRE DEPARTMENT**
**Defendants**

2006 FEB 15 A 9:16
HENRY S. KINCH JR., CLERK
SUPERIOR COURT
FILED

## VERIFIED COMPLAINT FOR TEMPORARY, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

1. Plaintiff, GERALD P. CARVALHO, is a resident of the City of Providence, County of Providence, State of Rhode Island. Plaintiff is the natural father of GARRICK P. CARVALHO and brings this action on behalf of his son, a minor. GARRICK P. CARVALHO is seventeen years of age, having been born on June 17, 1988.

2. Plaintiff, KENNETH W. HOSKIN, is a resident of the Town of North Scituate, County of Providence, State of Rhode Island. Plaintiff is the natural father of KEVIN W. HOSKIN and brings this action on behalf of his son, a minor. KEVIN W. HOSKIN is seventeen years of age, having been born on May 10, 1988.

3. Defendant, DAVID D. COSTA, is Chief of the City of Providence Fire Department and is sued in his capacity as CHIEF, PROVIDENCE FIRE DEPARTMENT.

4. On or about October 3, 2005, defendant PROVIDENCE FIRE DEPARTMENT began accepting applications for employment as a firefighter for the City of Providence.

5. In connection with its recruitment of applicants for employment as firefighters, defendant PROVIDENCE FIRE DEPARTMENT published a "Fire Department Recruitment Booklet" setting forth the application requirements and the employment process to be used by the defendant PROVIDENCE FIRE DEPARTMENT in accepting applications to become a City of Providence Firefighter. (See Exhibit 1 attached hereto).

6. The application period set forth in the aforesaid Recruitment Booklet was to be from October 3, 2005 to November 14, 2005.

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

7. Sometime prior to November 14, 2005, plaintiff GARRICK P. CARVALHO submitted an application for employment to defendant PROVIDENCE FIRE DEPARTMENT and his application was assigned Application Number 2005-0587. (See attached Exhibit 2).

8. Sometime prior to November 14, 2005, plaintiff KEVIN W. HOSKIN submitted an application for employment as a firefighter to defendant PROVIDENCE FIRE DEPARTMENT.

9. According to the aforesaid Recruitment Booklet, after submission of a completed application, all applicants must successfully pass a Written Examination, execute an Abilities Waiver, and successfully complete a Physical Abilities Test in order to be accepted into the Providence Firefighter Training Academy. (See Exhibit 1, Application and Selection Process).

10. Upon information and belief, on or about November 14, 2005, Defendants DAVID D. COSTA, in his capacity as CHIEF, PROVIDENCE FIRE DEPARTMENT, and defendant PROVIDENCE FIRE DEPARTMENT extended the aforesaid application deadline from November 14, 2005, to December 2, 2005.

11. On or about January 5, 2005, defendant DAVID D. COSTA, in his capacity as CHIEF, PROVIDENCE FIRE DEPARTMENT, caused a letter, dated January 5, 2005, to be sent to plaintiff GARRICK P. CARVALHO informing said plaintiff that his application to the PROVIDENCE FIRE DEPARTMENT for employment as a firefighter was complete. (Exhibit 3 attached hereto).

12. Enclosed with the aforesaid letter to plaintiff GARRICK P. CARVALHO was a packet of information with regard to the aforesaid Written Examination that all applicants must take and pass in order to qualify for acceptance into the Providence Firefighter Training Academy.

13. The aforesaid packet contained information with regard to test preparation classes being offered by the Urban League of Rhode Island and by defendant PROVIDENCE FIRE DEPARTMENT to assist applicants to prepare for the aforesaid Written Examination.

14. The aforesaid Written Examination is scheduled to be administered on February 18, 2006, by Fire Service Testing Company, Inc. of Florida on behalf of and in conjunction with the PROVIDENCE FIRE DEPARTMENT.

15. Only qualified applicants will be permitted to take the aforesaid Written Examination, the Physical Abilities Test or any other testing required by the defendant PROVIDENCE FIRE DEPARTMENT for acceptance into the Providence Firefighter Training Academy.

16. After receipt of the aforesaid packet, plaintiff GARRICK P. CARVALHO attended three test preparation classes, including a Test Preparation Workshop conducted by the defendant PROVIDENCE FIRE DEPARTMENT on February 4, 2006, for which he was

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

required to pre-register with defendant PROVIDENCE FIRE DEPARTMENT. (See Registration Notice attached hereto as Exhibit 4).

17. On February 4, 2006, plaintiff KEVIN W. HOSKIN attended a Test Preparation Workshop conducted by the defendant PROVIDENCE FIRE DEPARTMENT for which he was required to pre-register with defendant PROVIDENCE FIRE DEPARTMENT.

18. On information and belief, only individuals whose application for employment as a firefighter had been accepted by the defendant PROVIDENCE FIRE DEPARTMENT were permitted to register for and attend the aforesaid Test Preparation Workshops on February 4, 2006.

19. On February 4, 2006, after returning home from the aforesaid test preparation class, plaintiff GARRICK P. CARVALHO, received a letter dated January 30, 2006, from defendant DAVID D. COSTA, in his capacity as CHIEF, PROVIDENCE FIRE DEPARTMENT, stating that: "Your application has been disqualified for the following reason: Applicant did not obtain the age of 18 by the end of the application period." (Exhibit 5 attached hereto).

20. On February 4, 2006, after returning home from the aforesaid test preparation class, plaintiff KEVIN W. HOSKIN, received a letter dated January 30, 2006, from defendant DAVID D. COSTA, in his capacity as CHIEF, PROVIDENCE FIRE DEPARTMENT, stating that: "Your application has been disqualified for the following reason: Applicant did not obtain the age of 18 by the end of the application period." (Exhibit 6 attached hereto).

21. Defendant DAVID D. COSTA's decision to disqualify the applications of plaintiffs GARRICK P. CARVALHO and KEVIN W. HOSKIN for employment with defendant PROVIDENCE FIRE DEPARTMENT on the basis of their age is in violation of the "Application Requirements" of the PROVIDENCE FIRE DEPARTMENT set forth in the "Fire Department Recruitment Booklet" in that a fair and reasonable reading of said "Application Requirements" simply requires that an applicant must attain the age of 18 at the start of the Providence Firefighter Training Academy and not by the end of the application period.

22. Defendants' decision to disqualify plaintiff GARRICK P. CARVALHO and KEVIN W. HOSKIN because they had not attained the age of 18 by the end of the application period is arbitrary and capricious and is not rationally related to a legitimate governmental purpose, as is evidenced by the fact that said defendants extended the deadline for filing applications from November 14, 2005, to December 2, 2005, thereby removing any disqualification based on age alone for any applicant born during the corresponding two and a half week period of time in 1988 and transforming that individual from an unqualified to a qualified applicant with no further action whatsoever on the applicant's part.

23. With the exception of the age requirement, defendants have established rational methods by which applicants who, at the end of the application period, have not attained certain "Application Requirements" can take the aforesaid Written Examination and the Physical Abilities Test and thereafter correct deficiencies in their "Application Requirements".

24. Defendants permit applicants without a high school diploma or a GED certificate to take the aforesaid Written Examination and Physical Abilities Test.

25. Defendants permit applicants who are not United States citizens to take the aforesaid Written Examination and Physical Abilities Test.

26. Defendants permit applicants who are convicted criminals to take the aforesaid Written Examination and Physical Abilities Test.

27. Defendants do not automatically disqualify any applicant from taking the aforesaid Written Examination and Physical Abilities Test solely because they fall within one or more of the conditions listed in Paragraphs 24, 25, or 26 above, but rather only require that they attain a high school diploma or GED certificate, or attain United States citizenship, or expunge their criminal convictions prior to the start of the Providence Firefighter Training Academy.

28. Defendant DAVID D. COSTA's decision to disqualify the application of plaintiffs GARRICK P. CARVALHO and KEVIN W. HOSKIN for employment with defendant PROVIDENCE FIRE DEPARTMENT on the basis of their age at the end of the application period is in violation of said plaintiffs' rights to equal protection of the laws and to due process of law guaranteed to plaintiffs under the Fourteenth Amendments to the United States Constitution in that said decision is arbitrary and capricious, is not rationally related to any legitimate governmental purpose, unreasonably deprives plaintiff of a constitutionally protected property interest, shocks the conscience and denies plaintiffs fundamental fairness.

29. Further, defendant PROVIDENCE FIRE DEPARTMENT's "Application Requirements" as set forth in the aforesaid "Fire Deparment Recruitment Booklet" violates plaintiffs' rights to equal protection of the laws and to due process of law guaranteed to plaintiffs under the Fourteenth Amendments to the United States Constitution in that it establishes categories of applicants that are not rationally related to any legitimate governmental purpose and treats similarly situated individuals in disparate manners based on arbitrary and capricious standards.

30. Under the "Application Requirements" established by defendants, two separate categories of applicants are established: those who are permitted to submit an application in the hopes that they will meet an "Application Requirement" "at the start of the Training Academy" and those who are disqualified from the application process if they do not meet the age requirement at the end of the application period.

True Copy Attest
Office of Clerk of Superior Court

31. Those applicants who are permitted to meet an "Application Requirement" at the start of the Training Academy are:

    a. Applicants who are not United States Citizens;
    b. Applicants with Criminal Convictions;
    c. Applicants who are not High School Graduates; and
    d. Applicants who are not GED Recipients.

32. Under the classifications established by defendants in its application procedures, the defendant PROVIDENCE FIRE DEPARTMENT must accept an application for employment as a firefighter from an individual who, at the end of the application period, is a convicted felon who does not have a high school diploma or a GED certificate and is not a United States citizen, so long as that person is 18 years of age.

33. On information and belief, Defendants has failed to promulgate written policies and procedures for application requirements for employment as a firefighter by the PROVIDENCE FIRE DEPARTMENT as required by Article X of the City of Providence Home Rule Charter.

34. On information and belief, the implementation of the "Application Requirements" set forth in the aforesaid "Recruitment Booklet" by defendants has been on an ad-hoc basis and said "Application Requirements" are not being uniformly applied or followed by Defendants. For example, although one of the "Application Requirements" is "No Criminal Convictions", defendants permit convicted criminals to apply for employment, take the Written Examination, take the Physical Abilities Test and enter the Providence Firefighter Training Academy so long as their criminal record is expunged by the start of the Training Academy. (See, Exhibit 3, Letter of DAVID D. COSTA, CHIEF, PROVIDENCE FIRE DEPARTMENT dated January 5, 2006, addressed to plaintiff GARRICK P. CARVALHO, which states in part: **"IMPORTANT NOTICE:** Applicants with criminal records will be disqualified unless their record is expunged by the start of the training academy.").

35. Upon information and belief, it has been the past practice of the defendant PROVIDENCE FIRE DEPARTMENT to permit applicants to take the Written Examination and the Physical Abilities Test before reaching the age of 18 and, if successfully passed, to enroll in the Providence Firefighter Training Academy so long as they have reached the age of 18 years at the time of their enrollment in the Training Academy.

36. Plaintiff GARRICK P. CARVALHO will reach the age of 18 on June 17, 1998.

37. Plaintiff KEVIN W. HOSKIN will reach the age of 18 on May 10, 2006.

38. It is a virtual certainty that the defendants will not start the 47th Providence Firefighters Training Academy before June 17, 2006.

True Copy Attest
Office of Clerk of Superior Court
Providence & Bristol

39. Upon information and belief, prior to the beginning of the current application period on October 3, 2005, the last application period for employment as a firefighter for the City of Providence was held from May 1, 2000 through May 31, 2000.

40. Upon information and belief, for those May, 2000 applicants who successfully passed the Written Examination, the Physical Abilities Test and other tests required by defendants, the defendant PROVIDENCE FIRE DEPARTMENT has conducted two sessions of the Providence Firefighter Training Academy, namely the 45th Providence Firefighter Training Academy (March 2001 – August 2001) and the 46th Providence Firefighter Training Academy (March 2002 – August 2002).

41. In order to receive an offer of employment as a firefighter by the defendant PROVIDENCE FIRE DEPARTMENT, an applicant must successfully complete the Providence Firefighter Training Academy.

42. Upon information and belief, the most recent Providence Firefighter Training Academy conducted by defendant PROVIDENCE FIRE DEPARTMENT was held from March 2002 to August 2002.

43. Upon information and belief, all of the firefighters hired by the defendant PROVIDENCE FIRE DEPARTMENT since May of 2000 have been applicants who took the Written Examination in 2000 and attended either the 45th or 46th Providence Firefighter Training Academy.

44. Plaintiffs, through counsel, have requested that they be permitted to take the aforesaid Written Examination on February 18, 2006, but their request has been refused by defendants.

45. Plaintiff has no adequate remedy at law and no other means to compel defendants to allow plaintiffs to take the aforesaid Written Examination and Physical Abilities Test.

46. The disqualification of plaintiffs' applications by defendants and the refusal of defendants to permit plaintiffs to take the aforesaid Written Examination scheduled for February 18, 2006, will cause plaintiffs irreparable harm in that plaintiffs will be excluded from the opportunity to enter the 47th Providence Firefighter Training Academy, to be eligible for consideration for employment as a firefighter with the PROVIDENCE FIRE DEPARTMENT and from consideration for entry into other Providence Firefighter Training Academies in the foreseeable future, and this conduct needs to be immediately enjoined with a temporary restraining order pending application to the court for a preliminary and permanent injunction.

47. Granting plaintiffs application for a Temporary Restraining Order pending application to the court for a preliminary and permanent injunction will cause no harm to defendants in that it requires only that defendants permit plaintiffs to take the Written Examination scheduled for February 18, 2006, and participate in the application process and does not

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol

commit defendants to accept plaintiffs into the Providence Firefighter Training Academy or make an offer of employment to plaintiffs at the completion of the application process.

WHEREFORE, Plaintiffs pray that Defendants, DAVID D. COSTA, in his capacity as CHIEF, PROVIDENCE FIRE DEPARTMENT, and PROVIDENCE FIRE DEPARTMENT, and each of them, be:

(A) temporarily restrained and enjoined from disqualifying the application of plaintiff GARRICK P. CARVALHO to be employed as a firefighter for defendant PROVIDENCE FIRE DEPARTMENT; and

(B) temporarily restrained and enjoined from disqualifying the application of plaintiff KEVIN W. HOSKIN to be employed as a firefighter for defendant PROVIDENCE FIRE DEPARTMENT;

(C) temporarily restrained and enjoined from preventing or prohibiting Plaintiff GARRICK P. CARVALHO from taking the Written Examination for the Providence Firefighter Training Academy scheduled for February 18, 2006;

(D) temporarily restrained and enjoined from preventing or prohibiting Plaintiff KEVIN W. HOSKIN from taking the Written Examination for the Providence Firefighter Training Academy scheduled for February 18, 2006;

(E) temporarily restrained and enjoined from preventing or prohibiting Plaintiff GARRICK P. CARVALHO from participating in the remainder of the Application and Selection Process for acceptance into the Providence Firefighter Training Academy based solely on his age;

(F) temporarily restrained and enjoined from preventing or prohibiting Plaintiff KEVIN W. HOSKIN from participating in the remainder of the Application and Selection Process for acceptance into the Providence Firefighter Training Academy based solely on his age;

AND FURTHER, THAT this Honorable Court enter such other Order as it deems meet and just.

PLAINTIFFS,
By their Attorney
PAUL V. GALLOGLY, LTD.

Paul V. Gallogly, Esquire (#2003)
33 College Hill Road, Suite 20 D
Warwick, RI 02886
Telephone: (401) 822-1800

Dated: 2/14/06

## VERIFICATION OF COMPLAINT

I, GERALD P. CARVALHO, being duly sworn upon oath state that the allegations set forth in the Complaint are true and accurate to the best of my knowledge and information.

GERALD P. CARVALHO

Subscribed and sworn to before me on this 14th day of February, 2006.

Notary Public PAUL V. GALLOGLY
My commission expires on 8/3/06

I, KENNETH W. HOSKIN, being duly sworn upon oath state that the allegations set forth in the Complaint are true and accurate to the best of my knowledge and information.

KENNETH W. HOSKIN

Subscribed and sworn to before me on this 14th day of February, 2006.

Notary Public PAUL V. GALLOGLY
My commission expires on 8/3/06

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island




**TRADITION**

# Mission Statement

**"Our Mission is to provide for the protection of human life and property from fire and other disasters, either natural or manmade, through fire safety education, the development and enforcement of fire codes, provision of emergency medical services and suppression of fire. We will serve as role models for our citizens and the fire service, be involved in the community and serve the needs of people who live and visit the city."**

Apply
Providence Fire Department
274 Reservoir Avenue, Providence Rhode Island 02907
Division of Training (401) 781-3439
T.D.D. 831-4327

*The City of Providence is an Equal Opportunity Employer and complies with the Americans with Disabilities Act*

# The City of Providence

# Fire Department Recruitment Booklet

**Application Period**

**October 3, 2005 to November 14, 2005**

**Contents**

**Application Requirements**

**Required Documents**

**Application & Selection Process**

**Employment Process**

**Essential Job Functions**

**Where to Apply**

EXHIBIT 1 (Page 1 of 2)

## Application Requirements

1. Must be a US Citizen at Time of enrollment to the Training Academy
2. Must have attained the age of 18
3. No Criminal Convictions
4. Have a High School Diploma or GED at the start of the Training Academy
5. Hold a Valid Motor Vehicle Operator's License
6. Must agree to informational and medical reviews

## Required Documents

The Original and a Legible Copy of the following documents **MUST BE** brought with you at the Time of Application:

1. Birth Certificate or US-INS Papers
2. High School Diploma or GED Certificate with completion at the start of the training academy
3. Valid Motor Vehicle Operators License with a photo I.D.

## Application & Selection Process

1. Completed Application with the above required Documents
2. Written Examination
3. Executed Abilities Waiver
4. Physical Abilities Test



Serve Your Community
"Prevent"
"Protect"
"Extinguish"
"Rescue"

## Additional Information/Requirements

(The following **MUST** be met before any appointment)

1. Police background investigation
2. Medical Exam, Drug-Free
3. Successful Completion of Providence Fire Department Training School
4. Rhode Island EMT-C License must be attained Within One (1) Year of Appointment

## Employment Process

1. Accepted into the Providence Training Academy
2. Successful completion of the ProvidenceTraining Academy
3. Sworn-In as a Permanent Firefighter (w/ probationary period)
4. Completion of one-year probation

## Additional Information

- Work Week-consists of two 10 Hour Days and two 14 Hour Nights per shift
- 13 Paid Holidays
- 8 Days Vacation in the first year
- Clothing Maintenance Allowance
- Longevity Incentives After 5 Years
- Life Insurance
- Paid Family Health and Dental Plan
- Pension Plan

## Essential Job Functions

See "*Recruitment Application Handout" provided by the Providence Fire Department.*

EXHIBIT 1 (Page 2 of 2)

# PROVIDENCE FIRE DEPARTMENT
**325 Washington Street**
**Providence, Rhode Island 02903**

## FIREFIGHTER APPLICATION INSTRUCTIONS

1. Read the entire application form completely.

2. Answer all the questions contained with the application form. Do not submit an incomplete application.

3. You must submit a copy of the following documents with this application form:

   A. Birth Certificate or naturalization papers.

   B. Valid Motor Vehicle operator license.

   C. High School or G.E.D. Diploma

4. Fill out the application and sign it in the presence of a member of the Providence Fire Department Recruit Team.

**YOUR APPLICATION NUMBER IS** 2005-0587 _. Retain this form for your records. When making an inquiry regarding your application, use this application number.

In the event you have any questions; you may contact one of the following:

Telephone inquiry – (401) 781-3439

TDD inquiry -- (401) 831-4327

Personal inquiry -- Appear at Providence Fire Department Division of Training
274 Reservoir Avenue
Providence, RI 02907

**From October 3, 2005 - November 14, 2005:**
8:00 A.M. to 4:00 P.M. Monday, Wednesday, Friday
8:00 A.M. to 7:00 P.M. Tuesday and Thursday

True Copy Attest
Office of Clerk of Superior Court

5. **Note: No Applications will be accepted after 4:00 P.M. on November 14, 2005**

EXHIBIT 2

# Providence Fire Department

*"IN OMNIA PARATUS"*

January 5, 2006

Dear Applicant,

This letter is to inform you that your application is complete, if further information is needed you will be contacted by our Division of Training.

**IMPORTANT NOTICE**: Applicants with criminal records will be disqualified unless their record is expunged by the start of the training academy.

Very truly yours,

David D. Costa
Chief of Department

Raymond F. Joyce
Director of Training

EXHIBIT 3

325 Washington St * Providence, Rhode Island 02903 * (401) 243-6060

# Providence Fire Department

The Providence Fire Department in conjunction with Fire Service Testing Inc. will be offering a free test preparation workshop.

Please note that the test preparation workshop is optional. You are NOT REQUIRED to participate in the test preparation workshop in order to remain a candidate for admission to the Fire Academy. However, if you are concerned about your readiness for the written examination, we urge you to register for the workshop.

The Test Preparation Workshop will be given on Saturday, February 04, 2006 at the Community College of Rhode Island (CCRI) Knight Campus 400 East Ave. Warwick R.I. There will be two sessions held on that date, morning (8 - 12) and afternoon (1 - 5). You may attend either. Please check the appropriate box below and cut on the dotted line.

Registration form may be mailed or dropped off to:

Providence Fire Department
Division of Training
274 Reservoir Ave.
Providence, RI. 02907 Hours: M-F 8:00AM to 4:00 PM

**This form must be post marked or dropped off by Wednesday, January 25, 2006.**

**Do Not Call to register for this workshop.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

EXHIBIT 4

# PROVIDENCE FIRE DEPARTMENT

*"IN OMNIA PARATUS"*

January 30, 2006

Garrick P Carvalho
29 Royal St.
Providence, RI. 02906

Dear Applicant:

Your application has been disqualified for the following reason: ***Applicant did not obtain the age of 18 by end of application period.***

Thank you for your interest in the Providence Fire Department.

Sincerely,

David D Costa
Chief of Department

Raymond F. Joyce
Director of Training

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Phone: 401-781-3439 Fax: 401-941-5430 TDD: 401-831-4327

EXHIBIT 5

# PROVIDENCE FIRE DEPARTMENT

*"IN OMNIA PARATUS"*

January 30, 2006

Kevin Hoskin
723 Central Pike
North Scituate, RI. 02857

Your application has been disqualified for the following reason: ***Applicant did not obtain the age of 18 by end of application period.***

Thank you for your interest in the Providence Fire Department.

Sincerely,

David D Costa
Chief of Department

Raymond F. Joyce
Director of Training

Office of Clerk of Superior Court

Phone: 401-781-3439 Fax: 401-941-5430 TDD: 401-831-4327

EXHIBIT 6

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE #

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| PLAINTIFF | DEFENDANT |
|---|---|
| GERALD P. CARVALHO, as Parent and Natural Guardian of GARRICK P. CARVALHO, et al. | DAVID D. COSTA, in his capacity as Chief, CITY OF PROVIDENCE FIRE DEPARTMENT, et al. |
| PLAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK **ONE** APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) **AA** AGENCY APPEAL | ( ) **EX** EXCESSIVE TAX | ( ) **PR** PARTITION |
| ( ) **AB** ASSAULT & BATTERY | ( ) **FF** FORFEITURE | ( ) **RC** REINSTATE CHARTER |
| ( ) **AE** ASBESTOS CASES | ( ) **FG** FOREIGN JUDGMENT | ( ) **PT** PROMISSARY NOTE |
| ( ) **AI** ANTI-TRUST | ( ) **FS** FRIENDLY SUIT | ( ) **RY** REAL PROPERTY |
| ( ) **BA** BOOK ACCOUNT | ( ) **ID** PER INJURY/PROP DAM/VEH | ( ) **SA** SEXUAL ABUSE |
| ( ) **BP** BILL OF RIGHTS-POLICE OFF | (x) **IJ** INJUNCTIVE RELIEF | ( ) **SF** SPECIFIC PERFORMANCE |
| ( ) **CH** CIVIL RIGHTS/JOB DISCRIM | ( ) **IP** INTERPLEADER | ( ) **SX** SEXUAL HARASSMENT |
| ( ) **CI** CRIMINAL INJURY COMP | ( ) **LC** LEAD CASE | ( ) **TD** CONTRACT DAMAGES |
| ( ) **CL** COMMON LAW ASSIGNMENT | ( ) **LS** LIBEL/SLANDER | ( ) **TE** TRESPASS & EJECTMENT |
| ( ) **CM** COMMON LAW LIEN | ( ) **ME** MALPRACTICE/LEGAL | ( ) **TO** TITLE CLEARING |
| ( ) **CS** CONVERSION | ( ) **MM** MALPRACTICE/MEDICAL | ( ) **TV** TRUSTEE/APPT CONVEY TITLE |
| ( ) **CV** CRIMINAL CONVERSION | ( ) **MO** MALPRACTICE/OTHER | ( ) **TG** TRUSTEE/ACCOUNTING |
| ( ) **CH** CIVIL RIGHTS/JOB DISCRIMIN | ( ) **OV** OTHER CIVIL ACTION | ( ) **UM** UNINSURED MOTORIST |
| ( ) **DJ** DECLARATORY JUDGMENT | ( ) **PB** PROPERTY DAMAGES | ( ) **WM** WRIT OF MANDAMUS |
| ( ) **DG** RECOVERY OF DAMAGES | ( ) **PG** PROPERTY DAMAGES/VEH | ( ) **WR** WRIT OF REPLEVIN |
| ( ) **DB** DEBT ON JUDGMENT | ( ) **PI** PERSONAL INJURY | ( ) **WD** WRONGFUL DEATH |
| ( ) **DD** DECEPTIVE TRADE PRACTICE | ( ) **PJ** PERSONAL INJURY/VEHICLE | |
| ( ) **DN** DENIAL OF PROBATE CLAIM | ( ) **PL** PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) **AC** ARBITRATION/CONFIRM | ( ) **GJ** GRAND JURY INVESTIGATION | ( ) **PX** PETITION TO EXPUNGE |
| ( ) **AD** ARBITRATION AWARD | ( ) **HC** HABEAS CORPUS | ( ) **PY** PETITION INVENT (WIRE TAP) |
| ( ) **AS** ASSESSMENT OF DAMAGES | ( ) **LN** LEVEL COMMUN NOTIFICATION | ( ) **RB** ARBITRATION REFERRAL |
| ( ) **CE** CONDEMNATION | ( ) **ML** MECHANICS LIEN | ( ) **RP** RULE 5A PETITION |
| ( ) **CN** CONFIRM COMPROMISE | ( ) **MW** MATERIAL WITNESS | ( ) **RV** RECEIVERSHIP |
| ( ) **CP** CONTEMPT | ( ) **OM** OTHER MISC PETITION | ( ) **SO** SEXUAL VIOLENT PREDATOR |
| ( ) **DI** DISCLAIMER | ( ) **OW** OUT OF STATE WITNESS | ( ) **TA** APPOINTMENT OF TRUSTEE |
| ( ) **DS** DISSOLUTION OF CORP | ( ) **PC** POST CONVICTION RELIEF | ( ) **TC** TITLE CLEARING (TAX TITLE) |
| ( ) **DT** DECLINATION OF TRUSTEE | ( ) **PD** PETITION TO TAKE DEPO | ( ) **TL** FORECLOSURE/TAX LIEN |
| ( ) **EN** END PARTNERSHIP | ( ) **PM** PETITION FOR IMMUNITY | ( ) **TS** TRUSTEE SUCCESSOR |
| ( ) **FC** FORFEITURE OF CHARTER | ( ) **PO** PETITION FOR CONSTABLE | ( ) **VC** VACATE ARBITRATION |
| ( ) **FL** FORECLOSURE RIGHTS REDEM | ( ) **PS** PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) **GD** GUARDIANSHIP | ( ) **OA** OTHER PROBATE APPEAL | ( ) **WL** WILL |
| ( ) **NC** NAME CHANGE | ( ) **TU** TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL ( ) YES ( ) NO IF YES: ( ) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION# PAUL V. GALLOGLY, ESQ. #2003 2/14/06
PRO SE/NAME: DATE: TODAY

(REV06-10-05)

2006 FEB 15 A 9:16
HENRY S. KINCH JR., CLERK

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol

%%

R E C E I P T

Rhode Island Justice System

Receipt Number: SCP220709
Date: 15-FEB-2006
Cashier: CIV

Payor: LB - PAUL V GALLOGLY LTD
Address:
DOB:

| Description | Amount |
|---|---|
| Case: PC-2006-0902 | |
| GERALD P CARVALHO V DAVID D C | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| | |
|---|---|
| Tender Type: | |
| CHECKS-SCP-2794 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island