# EXHIBIT 2

# PROVIDENCE FIRE DEPARTMENT

*"IN OMNIA PARATUS"*

January 30, 2006

Kevin Hoskin
723 Central Pike
North Scituate, RI. 02857

Your application has been disqualified for the following reason: ***Applicant did not obtain the age of 18 by end of application period.***

Thank you for your interest in the Providence Fire Department.

Sincerely,

David D Costa
Chief of Department

Raymond F. Joyce
Director of Training

Phone: 401-781-3439 Fax: 401-941-5430 TDD: 401-831-4327