# EXHIBIT 3

# Providence Fire Department

*"IN OMNIA PARATUS"*

January 5, 2006

Dear Applicant,

This letter is to inform you that your application is complete, if further information is needed you will be contacted by our Division of Training.

**IMPORTANT NOTICE**: Applicants with criminal records will be disqualified unless their record is expunged by the start of the training academy.

Very truly yours,

David D. Costa
Chief of Department

Raymond F. Joyce
Director of Training

325 Washington St * Providence, Rhode Island 02903 * (401) 243-6060