# EXHIBIT 4




TRADITION

## Mission Statement

**"Our Mission is to provide for the protection of human life and property from fire and other disasters, either natural or manmade, through fire safety education, the development and enforcement of fire codes, provision of emergency medical services and suppression of fire. We will serve as role models for our citizens and the fire service, be involved in the community and serve the needs of people who live and visit the city."**

Apply
Providence Fire Department
274 Reservoir Avenue, Providence Rhode Island 02907
Division of Training (401) 781-3439
T.D.D. 831-4327

*The City of Providence is an Equal Opportunity Employer and complies with the Americans with Disabilities Act*



# The City of Providence

# Fire Department Recruitment Booklet

**Application Period**

**October 3, 2005 to November 14, 2005**

**Contents**

**Application Requirements**

**Required Documents**

**Application & Selection Process**

**Employment Process**

**Essential Job Functions**

**Where to Apply**

## Application Requirements

1. Must be a US Citizen at Time of enrollment to the Training Academy
2. Must have attained the age of 18
3. No Criminal Convictions
4. Have a High School Diploma or GED at the start of the Training Academy
5. Hold a Valid Motor Vehicle Operator's License
6. Must agree to informational and medical reviews

## Required Documents

The Original and a Legible Copy of the following documents **MUST BE** brought with you at the Time of Application:

1. Birth Certificate or US-INS Papers
2. High School Diploma or GED Certificate with completion at the start of the training academy
3. Valid Motor Vehicle Operators License with a photo I.D.

## Application & Selection Process

1. Completed Application with the above required Documents
2. Written Examination
3. Executed Abilities Waiver
4. Physical Abilities Test



Serve Your Community
"Prevent"
"Protect"
"Extinguish"
"Rescue"

## Additional Information/Requirements

(The following **MUST** be met before any appointment)

1. Police background investigation
2. Medical Exam, Drug-Free
3. Successful Completion of Providence Fire Department Training School
4. Rhode Island EMT-C License must be attained Within One (1) Year of Appointment

## Employment Process

1. Accepted into the Providence Training Academy
2. Successful completion of the ProvidenceTraining Academy
3. Sworn-In as a Permanent Firefighter (w/ probationary period)
4. Completion of one-year probation

## Additional Information

- Work Week-consists of two 10 Hour Days and two 14 Hour Nights per shift
- 13 Paid Holidays
- 8 Days Vacation in the first year
- Clothing Maintenance Allowance
- Longevity Incentives After 5 Years
- Life Insurance
- Paid Family Health and Dental Plan
- Pension Plan

## Essential Job Functions

See "*Recruitment Application Handout" provided by the Providence Fire Department.*