UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 08 2006
Property of U.S. District Court
District of Rhode Island

GERALD P. CARVALHO, as Parent and Natural Guardian of GARRICK P. CARVALHO, and KENNETH W. HOSKIN, as Parent and Natural Guardian of KEVIN W. HOSKIN

VS.

C.A. No. 06-902M:
CA 071 ML

DAVID D. COSTA, in his capacity as CHIEF, CITY OF PROVIDENCE FIRE DEPARTMENT, and PROVIDENCE FIRE DEPARTMENT

**DISMISSAL STIPULATION**

Plaintiffs' Verified Complaint for Temporary, Preliminary and Permanent Injunctive Relief is dismissed, with prejudice, no interests, costs or attorneys' fees for either side.

Defendants Attorney:

Kevin F. McHugh, (#3297)
Senior Assistant City Solicitor
City of Providence – Law Department
275 Westminster Street
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax
kmchugh@providenceri.com

Plaintiffs' Attorney"

Paul V. Gallogly, Esq.
33 College Hill Road, Suite 20D
Warwick, RI 02886
(401) 822-1800

**Dated: May 9, 2006**

Enter:
Mary M. Lisi
USDJ 6/9/06